

**FILED**
NOV - 4 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JT WICKRAMARATNA (a.k.a. JAC WRIGHT), | Case: 1:21−mc−00138 |
| Plaintiff, | Assigned To : Unassigned |
| | Civil Action No. Assign. Date : 11/4/2021 |
| v. | Description: Misc. (O−DECK) |
| DONALD J. TRUMP, | Chief Judge Beryl A. Howell |
| Defendant. | |

## ORDER

Pending before the Court are plaintiff's *pro se* motions to proceed under seal and to proceed pseudonymously, Pl.'s Mots. at 1–2. The complaint she seeks to file under seal is duplicative of the complaint she filed in case 21-mc-93. There, plaintiff's motions to proceed under seal and to proceed pseudonymously were denied. *See* Order, ECF No. 1. For the same reasons articulated in that Order, Plaintiff's motions to file this complaint under seal and proceed under pseudonym are again denied. Plaintiff has failed to demonstrate a need for secrecy or identify consequences likely to befall her if she proceeded in her own name.

For the foregoing reasons, it is hereby

**ORDERED** that the plaintiff's Motions to Proceed Under Seal and Pseudonymously are **DENIED**.

**SO ORDERED.**

Date: November 4, 2021

_____
BERYL A. HOWELL
Chief Judge